**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-7012

KELVIN NASH,

Plaintiff - Appellant,

versus

DOUGLAS DUNCAN; WAYNE CUMMINGS; TERESA DURHAM;
MATTHEW MARKON; JUAN PRICE,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William D. Quarles, Jr., District Judge.
(CA-05-25-WDQ)

Submitted:  October 18, 2005          Decided:  October 21, 2005

Before WIDENER, MICHAEL, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kelvin Nash, Appellant Pro Se.  Charles Wellington Thompson, Jr.,
County Attorney, Sharon Veronica Burrell, Joann Robertson, COUNTY
ATTORNEY'S OFFICE, Rockville, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Kelvin Nash appeals the district court's order denying as time-barred his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Nash v. Duncan</u>, No. CA-05-25-WDQ (D. Md. June 8, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>